**Kevin L. CHOICE, Plaintiff–Appellant,**

v.

**Danny R. BLACKWELL, Physician II, Kershaw Correctional Institution, in his individual capacity; Doris Ann Cook, Nurse Administrator, KCI, in her individual capacity; Michelle M. Ussery, R.N., KCI, in her individual capacity, Defendants–Appellees.**

No. 02–6604.

United States Court of Appeals, Fourth Circuit.

Submitted June 13, 2002.

Decided June 19, 2002.

Kevin L. Choice, Appellant Pro Se. John Eric Fulda, Irmo, South Carolina, for Appellees.

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kevin L. Choice appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Choice v. Blackwell,* No. CA–01–1931–0–25BD (D.S.C. Mar. 29, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*